LAW OFFICES OF BILL LATOUR
MARK VER PLANCK [CSBN: 310413]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 954-2380
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAZELL ANDERSON, | No. 5:22-cv-1318 ADS |
| Plaintiff, | ORDER AWARDING EAJA FEES |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA attorney fees are awarded in the amount of FIVE THOUSAND FIVE HUNDRED AND SIX DOLLARS AND 19/100 ($5,506.19) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: 5/11/2023      /s/ Autumn D. Spaeth
                                  HON. AUTUMN D. SPAETH
                                  UNITED STATES MAGISTRATE JUDGE